# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| JENNIFER L. McINVALE | ) |
| | ) Civil ActionNumber: |
| Plaintiff, | )   3:17-cv-00031-CDL |
| | ) |
| v. | ) |
| | )Jury Trial Demanded |
| KAR FOOD MART, LLC a GEORGIA Corporation and, MIKE CHAWLA, an individual, | ) ) ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jennifer L. McInvale, and Defendants KAR FOOD MART, LLC, and Mike Chawla, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action without prejudice, each party to bear its/her own costs and fees.  The parties request that the Clerk of Court now close this case.

 Respectfully submitted this 23rd day of June, 2017.

/s/ *Thomas F. Martin*
Thomas F. Martin
Georgia Bar No. 482595
tfmartinlaw@msn.com
MARTIN & MARTIN, LLP
Post Office Box 1070
Tucker, Georgia 30085-1070
770.344.7267
Kimberly N. Martin
Georgia Bar No. 473410
kimberlymartinlaw@gmail.com
Attorneys for Plaintiff


/s/ *James E. Carter*
JAMES E. CARTER
GA Bar No: 114400
Carter Cromwell Law Firm, P.C.
216 North Main Street
Madison, Georgia 30650
(706) 438-4225 Telephone
(866) 440-1141 Facsimile
Attorney for Defendants

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| JENNIFER L. McINVALE | ) |
| | ) Civil ActionNumber: |
| Plaintiff, | ) 3:17-cv-00031-CDL |
| | ) |
| v. | ) |
| | ) Jury Trial Demanded |
| KAR FOOD MART, LLC a GEORGIA Corporation and, MIKE CHAWLA, an individual, | ) ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** on all counsel of record via CE/ECF electronic notification and to Defendants' Counsel by US Mail, postage prepaid at the following address.

JAMES E. CARTER
Carter Cromwell Law Firm, P.C.
216 North Main Street
Madison, Georgia 30650

This 23rd day of June, 2017.


*/s/Thomas F. Martin*
Thomas F. Martin